IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONNIE JULLIAN BIVENS,

    Petitioner,

v.                                      Civil Action No. 3:25cv701

WARDEN, FCI PETERSBURG, LOW,

    Respondent.

## MEMORANDUM OPINION

Petitioner, a federal inmate proceeding *pro se*, submitted a petition for a writ of habeas corpus. By Memorandum Order entered on September 15, 2025, (ECF No. 2) the Court informed Petitioner that in the United States District Court for the Eastern District of Virginia, all pro se petitions for writs of habeas corpora must be filed on a set of standardized forms. *See* E.D. Va. Loc. Civ. R. 83.4(A). The Court mailed Petitioner the standardized form for filing a § 2241 petition and directed him to complete and return the form to the Court within thirty (30) days of the date of entry hereof. The Court warned Petitioner that the failure to complete and return the form in a timely manner would result in dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed since the entry of the September 15, 2025 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: 10/27/2025
Richmond, Virginia